UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                          HONORABLE PAUL L. MALONEY

v.

                                          Case No. 1:08-cr-158

MELVIN LOUIS VAN,

        Defendant.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

      Before the Court is the Defendant's motion for ends of justice continuance of the final pretrial presently scheduled for August 18, 2008 and trial scheduled for August 27, 2008.  The basis of the Defendant's motion is additional time is needed to allow the parties to meet and negotiate a plea agreement.  The government does not oppose the request.

      The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

      NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), an ends of justice continuance is hereby entered.  The final pretrial conference is rescheduled to **September 29, 2008 at 3:30 p.m.**  Jury trial is rescheduled to **October 7, 2008 at 8:45 a.m.**

Dated: August 13, 2008                                /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge